IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. DNCW 3:97CR294 02 MU |
| | ) | (Financial Litigation Unit) |
| STEVEN EUGENE CHAMBERS, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| UNIVERSAL HEALTH | ) | |
| & FITNESS, LLC, | ) | |
| Garnishee. | ) | |

ORDER OF CONTINUING GARNISHMENT

**THIS MATTER** is before the Court on the Answer of Universal Health & Fitness, LLC, as Garnishee. On April 29, 1999, the Honorable Graham C. Mullen sentenced the Defendant to 135 months imprisonment for his convictions of Bank Larceny and Aiding and Abetting, in violation of 18 U.S.C. § 2113(b) and 2, Accessory After the Fact of Bank Larceny, in violation of 18 U.S.C. § 3, Money Laundering and Aiding and Abetting, in violation of 18 U.S.C. § 1956(a)(1(B)(1) and (2), and Conspiracy to Commit Murder for Hire, in violation of 18 U.S.C. § 1958. Judgment in the criminal case was filed on May 4, 1999 (Docket No. 320). As part of that Judgment, the Defendant was ordered to pay an assessment of $1,600 and restitution of $3,813,706.00 to the victims of the crimes. Id.

On August 15, 2011, the Court entered a Writ of Continuing Garnishment ("Writ") (Docket No. 548) to Garnishee, Universal Health & Fitness, LLC ("Garnishee"). The United States is entitled to a wage garnishment of up to 25% of net income and has satisfied the prerequisites set forth in 15 U.S.C. § 1673. Garnishee was served with the Writ of Garnishment on August 17, 2011. Defendant was served with the Writ of Garnishment on August 20, 2011. Garnishee filed an invalid

Answer on August 29, 2011 (Docket No.551). Garnishee filed a valid Answer on September 12, 2011 (Docket No. 552) stating that at the time of the service of the Writ, Garnishee had in their custody, control or possession property or funds owned by the Defendant, including non-exempt disposable earnings.

**IT IS THEREFORE ORDERED** that an Order of Continuing Garnishment is hereby **ENTERED** in the amount of $3,535,641.10 computed through August 15, 2011. Garnishee shall pay the United States 25% of Defendant's net earnings which remain after all deductions required by law have been withheld, and 100% of all 1099 payments, and Garnishee shall continue said payments until the debt to the United States is paid in full, or until Garnishee no longer has custody, possession or control of any property belonging to Defendant, or until further order of this Court.

Payments should be made payable to the United States Clerk of Court and mailed to the Clerk of the United States District Court, 401 West Trade Street, Charlotte, NC 28202. In order to ensure that each payment is credited properly, the following should be included on each check: Court Number DNCW3:97CR294 02 MU.

The United States will submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment the Defendant would normally receive may be offset and applied to this debt.

**SO ORDERED**.    Signed: October 6, 2011

_____
David S. Cayer
United States Magistrate Judge